UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

WARNER BROS. ENTERTAINMENT INC., )
a Delaware corporation; and PARAMOUNT )
PICTURES CORPORATION, a Delaware )
corporation, )
)
)
Plaintiffs, )
)
v. ) Case No.
)
JOHN DOE, )
)
Defendant. )

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

WARNER BROS. ENTERTAINMENT INC. is ultimately and indirectly majority owned by Time Warner Inc., a publicly traded U.S. corporation.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

Respectfully submitted,

Dated: February 24, 2005

/s/ Matthew N. Kane
James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

Jonathan Zavin (pro hac vice pending)
Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*