UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE OF ALEXANDRA N. DENEVE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Alexandra N. DeNeve, Esq., of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, be admitted to appear on behalf of Plaintiffs, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. DeNeve is and has been a member in good standing of the bar of the State of New York since January 15, 2004 and the bar of the State of Illinois since November 6, 1997.

2. Ms. DeNeve is and has been a member in good standing of the bars of the following United States Courts since the following dates:

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 09/07/2004 |
| U.S. District Court for the Northern District of Illinois | 12/04/1997 |
| U.S. Court of Appeals for the Seventh Circuit | 04/19/2002 |

U.S. Court of Appeals for the Federal Circuit          02/26/2003

3. There are no disciplinary proceedings pending against Ms. DeNeve as a member of the bar in any jurisdiction;

4. Ms. DeNeve has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Ms. DeNeve has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. DeNeve admission to practice before this Court *pro hac vice*.

Respectfully submitted,

*/s/ Matthew N. Kane*

James B. Conroy (BBO# 96315)
Matthew N. Kane (BBO# 636801)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street
33rd Floor
Boston, MA 02108
(617) 720-2880

February 24, 2005

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Alexandra DeNeve, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                              Respectfully submitted,

                                              Alexandra DeNeve, Esq.

February __, 2005