UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No.: |
| v. | )<br>) |
| JOHN DOE, | )<br>) |
| Defendants. | )<br>) |

## MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN ZAVIN

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Jonathan Zavin, Esq., of Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154, be admitted to appear on behalf of Plaintiffs, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Zavin is and has been a member in good standing of the bar of the State of New York since May 10, 1973.

2. Mr. Zavin is and has been a member in good standing of the bars of the following United States Courts since the following dates:

| Title of Court | Date of Admission |
|---|---|
| U.S. District Court for the Southern District of New York | 02/26/1975 |
| U.S. District Court for the Northern District of New York | 03/12/1990 |
| U.S. District Court for the Eastern District of New York | 02/26/1975 |
| U.S. District Court for the Western District of New York | 02/17/1989 |
| U.S. District Court for the Western District of Texas | 02/03/1987 |

| | |
|---|---|
| U.S. Court of Appeals for the Second Circuit | 02/24/1975 |
| U.S. Court of Appeals for the Third Circuit | 08/17/1992 |
| U.S. Court of Appeals for the Fourth Circuit | 05/29/1991 |
| U.S. Court of Appeals for the Fifth Circuit | 01/06/1988 |
| U.S. Court of Appeals for the Eight Circuit | 08/30/1991 |
| U.S. Supreme Court | 02/24/1992 |
| New York Court of Appeals | 05/10/1973 |

3. There are no disciplinary proceedings pending against Mr. Zavin as a member of the bar in any jurisdiction;

4. Mr. Zavin has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Zavin has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Zavin admission to practice before this Court *pro hac vice*.

Respectfully submitted,

*/s/ Matthew N. Kane*

James B. Conroy (BBO# 96315)
Matthew N. Kane (BBO# 636801)
DONNELLY CONROY & GELHAAR LLP
One Beacon Street
33rd Floor
Boston, MA  02108
(617) 720-288

February 24, 2005

# CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jonathan Zavin, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Jonathan Zavin, Esq.

February 22, 2005