UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 05. 10359 JLT |
| v. | ) ) | |
| JOHN DOE, | ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 45, the Declarations of Chad Tilbury, Thomas Mizzone and R. Christopher Harshman, and the authorities cited in the supporting memorandum of law, hereby move this Court for an Order granting Plaintiffs leave to take discovery prior to the Rule 26(f) conference.

In support thereof, Plaintiffs represent as follows:

1.      Plaintiffs, among the world's leading motion picture studios, seek leave of the Court to serve limited, immediate discovery on third party Internet Service Providers ("ISPs") to determine the true identity of the Doe Defendant, who is being sued for direct copyright infringement.

2.      As alleged in the complaint, the Doe Defendant, without authorization, used an online media distribution system to download Plaintiffs' copyrighted works and distribute copyrighted works to the public, including by making copyrighted works available for distribution to others.  Although Plaintiffs do not know the true name of the Doe Defendant,

2

Plaintiffs have identified the Defendant by a unique Internet Protocol ("IP") address assigned to the Defendant on the date and time of the Defendant's infringing activity.

3.    Plaintiffs intend to serve a Rule 45 subpoena on Massachusetts Institute of Technology ("MIT"), and any other entity that MIT informs Plaintiffs was the actual entity providing network access and online services to the Doe Defendant, seeking the Defendant's true name, address, telephone number, email address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot identify the Doe Defendant or pursue their lawsuit to protect their copyrighted works from repeated infringement.

4.    Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a Rule 26(f) conference because there is no known defendant with whom to confer.

WHEREFORE, Plaintiffs move this Court to issue an Order granting Plaintiffs leave to take discovery prior to the Rule 26(f) conference.

Respectfully submitted,

Dated: February 24, 2005

James B. Conroy (BBO # 096315)
Matthew N. Kane (BBO # 636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

Jonathan Zavin (pro hac vice pending)
Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*