UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 05-10359-JLT<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON

NOTICE IS HEREBY GIVEN that:

Pursuant to Federal Rule of Civil Procedure 41(a)(i), Plaintiffs voluntarily dismiss with prejudice all claims in this action against defendant John Doe, each side to bear its own costs and attorneys' fees.

Allowed
/s/ Tauro DJ
8/1/05



Respectfully submitted,

WARNER BROS. ENTERTAINMENT INC., and
PARAMOUNT PICTURES CORPORATION,

By their counsel,

Dated: July 26, 2005

*/s/ Matthew N. Kane*
James B. Conroy (BBO # 96315)
Matthew N. Kane (BBO # 636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
Tel. (617) 720-2880
Fax (617) 720-3554

Alexandra N. DeNeve (admitted pro hac vice)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

## ORDER

**IT IS SO ORDERED.**

Dated: 8/1/05

Hon. Joseph L. Tauro
UNITED STATES DISTRICT COURT JUDGE

2